IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

In the Matter of the Search of:

Address 13C D Avenue, Winnebago, NE 68071
See Attachment A for additional details

8:17MJ207

MOTION TO RESTRICT

    COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Court to restrict the Application for a Search Warrant and Affidavit. (Filing No. 1).

UNITED STATES OF AMERICA, Plaintiff

JOSEPH P. KELLY
United States Attorney
District of Nebraska

By:   *s/ Lecia E. Wright*
LECIA E. WRIGHT, #24562
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
Fax:  (402) 661-3084
E-mail:  Lecia.Wright@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on June 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants:

*s/ Lecia Wright*
Assistant U.S. Attorney